UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JAMES P. THEYERL,

        Plaintiff,

  v.                                               Case No. 05-C-1260

UNITED STATES OF AMERICA,

        Defendant.

**ORDER**

      Plaintiff James P. Theyerl has requested that the court replace the previously entered orders in this matter with copies bearing a handwritten signature, as opposed to an electronic signature. The defendant's request is denied. Electronic signatures are specifically authorized under the Federal Rules of Civil Procedure. Rule 5 states in pertinent part "a court may by local rule permit papers to be filed, signed or verified by electronic means that are consistent with technical standards, if any, that the Judicial Conference of the United States establishes." Fed. R. Civ. P. 5(e). The Electronic Case Filing Policies and Procedures enacted in this district specifically allow for the use of electronic signatures by judges on electronically filed orders. The orders previously entered in this matter have been electronically signed in accordance with these rules. Accordingly, defendant's request for substitute orders is denied.

      **SO ORDERED** this __21st__ day of February, 2006.

                                                           s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge